IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN W. MANNING                                             PLAINTIFF

v.                          No. 2:18-cv-92-DPM

S. MAYBERRY, Correctional Officer,
FCI-Forrest City Medium                                     DEFENDANT

## JUDGMENT

Manning's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2019